LOGAN, Appellant, v. McCALL PUB. .CO., Respondent.

(Common Pleas of New York City and County, General Term. November 17, 1893.)

Appeal from special term.
Action by Walter Logan against the McCall Publishing Company.
E. J. Tinsdale, for appellant.
Thos. M. Wyatt, for respondent.
No opinion. Order affirmed, with costs.

---

MARTIN, Appellant, v. POLLATSCHEK, Respondent.

(Common Pleas of New York City and County, General Term. November 17, 1893.)

Appeal from city court, general term.
Action by Adam Martin against Frank Pollatschek.
A. J. Sire, for appellant.
.O. B. Gould, for respondent.
No opinion. Judgment affirmed, with costs. See 22 N. Y. Supp. 927.

---

WITZEL, Respondent, v. THIRD AVE. R. CO., Appellant.

(Common Pleas of New York City and County, General Term. November 17, 1893.)

Appeal from city court, general term.
Action by Conrad Witzel against the Third Avenue Railroad Company.
Hoadley, Lauterbach & Johnson, for appellant.
Forster, Hotaling & Klenke, for respondent.
No opinion. Judgment reversed; new trial ordered; costs to appellant to abide event. See 23 N. Y. Supp. 317.

---

ROBBINS et al., Respondents, v. ARENDT et al., Appellants.

(Common Pleas of New York City and County, General Term. December 4, 1893.)

Motion by plaintiffs (respondents) for leave to appeal to the court of appeals. Granted. For decision on appeal to the common pleas, see 23 N. Y. Supp. 1019.
C. E. L. Jeliffe, for appellants.
Phillips & Avery, for respondents.

DALY, C. J. While I do not doubt the correctness of the decision reached by this court, I am in favor of permitting an appeal to the court of appeals, as the questions involved are novel, and, as they arise under the mechanic's lien act, are of general interest to owners of property, and mechanics and persons furnishing materials.